HOLLAND & KNIGHT LLP
Eddie Jauregui, SBN 297986
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2455
Email: eddie.jauregui@hklaw.com

Attorneys for Plaintiffs,
Vinco Ventures, Inc., Brett Vroman,
Christopher B. Ferguson, Phillip McFillin,
and Kevin Ferguson

CHAPMAN GLUCKMAN DEAN AND ROEB
J. Andrew Wright, SBN 258158
11900 West Olympic Boulevard Suite 800
Los Angeles, CA 90064
Telephone: 310-207-7722
Email: awright@cgdrblaw.com

Attorneys for Defendants Milam Knecht & Warner,
Michael Milam, David Knecht, Rex Ours

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VINCO VENTURES, INC., et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MILAM KNECHT & WARNER, LLP, et al.,<br><br>　　　　Defendants. | Case No.: 2:21-cv-08333-SB-AGR<br><br>[*Assigned to the Hon. Stanley Blumenfeld, Jr.*]<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

WHEREAS, Plaintiffs Vinco Ventures, Inc. ("Vinco"), Brett Vroman, Christopher B. Ferguson, Phillip McFillin, and Kevin Ferguson (together, "Plaintiffs") filed their Complaint with Jury Demand on December 31, 2020 (Dkt. No. 1) in the United States District Court for the Eastern District of Pennsylvania; and

WHEREAS, Plaintiffs filed an Amended Complaint on March 29, 2021 (Dkt. No. 28); and

WHEREAS, on October 20, 2021, the United States District Court for the Eastern District of Pennsylvania ordered the transfer of Counts I, II, and III in the Amended Complaint, alleged against Defendants Milam Knecht & Warner, Michael Milam, David Knecht, Rex Ours, and John Does ("Defendants"), transferred to this Court (Dkt. No. 50); and

WHEREAS, on October 22, 2021, this Court received the transferred claims against Defendants (Dkt. Nos. 51-53); and

//
//
//
//
//
//
//
//
//
//
//
//

1
**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiffs and Defendants Milam Knecht & Warner, Michael Milam, David Knecht, and Rex Ours have entered into a settlement of all claims in this action;

IT IS HEREBY STIPULATED between Plaintiffs and Defendants that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), this federal action is dismissed in its entirety with prejudice.

Respectfully submitted,

DATED: November 4, 2021					HOLLAND & KNIGHT LLP

By /s/ Eddie A. Jauregui
   Eddie Jauregui

Attorneys for Plaintiffs,
Vinco Ventures, Inc., Brett Vroman,
Christopher B. Ferguson, Phillip
McFillin, and Kevin Ferguson

DATED: November 4, 2021					CHAPMAN GLUCKMAN DEAN AND ROEB

By /s/ J. Andrew Wright (via email authorization on November 3, 2021
   J. Andrew Wright

Attorney for Defendants Milam Knecht & Warner, Michael Milam, David Knecht, and Rex Ours

SO ORDERED:

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge

2
**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

**CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)**

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 4, 2021

HOLLAND & KNIGHT LLP

By */s/ Eddie Jauregui*
Eddie Jauregui

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope Street, 8th Floor, Los Angeles, California 90071.

I caused to be served the foregoing document(s) as follows: **STIPULATION AND PROPOSED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**[X] (BY Electronic Transfer to the CM/ECF System)** In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

**[ ] E-MAIL:** Based on an agreement of the parties to accept service by e-mail, I caused the document(s) to be sent to the person(s) at the e-mail address(es) indicated below.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 4, 2021 at Los Angeles, California.

 */s/ Eddie Jauregui*
 Eddie Jauregui

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

1
**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**