JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-08333-SB-AGR | Date: | November 4, 2021 |

| Title: | *Vinco Ventures, Inc. et al. v. Milam Knecht and Warner, LLP et al.* |

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| Victor Cruz | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| N/A | N/A |

**Proceedings:** **ORDER OF DISMISSAL**

Pursuant to the Stipulation of Voluntary Dismissal with Prejudice filed today, Dkt. No. 62, this action is dismissed in its entirety with prejudice.